UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-30457 |
|---|---|
| ARTHUR CLAY HERALD | (Chapter 13) |
| TAMMIE SUE HERALD | |
| Debtors | JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3976189**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 7/ 14 | FDS BANK LAZARUS MACYS<br>TSYS DEBT MGMT INC<br>BOX 137<br>COLUMBUS, OH  31902 | 41.39 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/28/2009

Certificate of Service          05-30457

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

ARTHUR CLAY HERALD
7619 BERCHMAN DRIVE
HUBER HEIGHTS, OH  45424

TAMMIE SUE HERALD
7619 BERCHMAN DRIVE
DAYTON, OH  45424

RICHARD E WEST
195 E CENTRAL AVE
BOX 938
SPRINGBORO, OH  45066

(26.1n)
ATTY GENERAL STATE OF OHIO
% REBECCA DAUM
30 E BROAD ST 23RD FL
COLUMBUS, OH  43215

(27.1n)
B FIRST LLC
MAIL STOP 550
2101 FOURTH AVENUE SUITE 1030
SEATTLE, WA  98121

(29.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(14.1)
FDS BANK LAZARUS MACYS
TSYS DEBT MGMT INC
BOX 137
COLUMBUS, OH  31902

(28.1n)
HILARY B. BONIAL
9441 LBJ FREEWAY
SUITE 350
DALLAS, TX  75243

Jeffrey M. Kellner BY     /s/ Jeffrey M. Kellner          cs